JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JACKIE JEROME ROGERS,** | NO. 2:21-cv-07939-VBF (GJS) |
| Petitioner, | |
| | **JUDGMENT** |
| v. | |
| **HEATHER SHIRLEY, Warden,** | |
| Respondent. | |

Pursuant to the Court's concurrently-issued Order Accepting Findings and Recommendations of United States Magistrate Judge:

**IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: March 23, 2023

/s/ Valerie Baker Fairbank

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE